IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR RENE ANGULO,
    Plaintiff,

vs.                                    3:07cv66/LAC/MD

SCOTT FISHER,
    Defendant.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 17, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

    DONE AND ORDERED this 1st day of May, 2007.

                                                        *s/L.A. Collier*
                                                         LACEY A. COLLIER
                                                         SENIOR UNITED STATES DISTRICT JUDGE